IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sean Essington, Administrator of the Estate of David Essington, deceased, Appellant | : : : | |
| | : | |
| v. | : | No. 1081 C.D. 2022 |
| | : | |
| Monroe County Transit Authority, A Pocono Country Place Property Owners Association, Inc. a/k/a A Pocono Country Place Property Owners Association and Commonwealth of Pennsylvania, Department of Transportation | : : : : : : : : | |
| | : | |
| v. | : | |
| | : | |
| Joaquin Acevedo-Soltren | : | |

## ***ORDER***

AND NOW, this 20th day of September, 2023, it is ORDERED that the above-captioned opinion filed on July 11, 2023, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge